ACCEPTED
03-14-00593-CV
3847554
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/21/2015 2:50:21 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00593-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/21/2015 2:50:21 PM
JEFFREY D. KYLE
Clerk

**In the Third Court of Appeals**

**Austin, Texas**

---

## COMED MEDICAL SYSTEMS, CO., LTD. d/b/a GEMSS MEDICAL and GEMSS NORTH AMERICA INC., f/k/a GEMSS USA INC.,

*Appellants,*

**v.**

## AADCO IMAGING, LLC and AADCO MEDICAL, INC.

*Appellees.*

---

**On Appeal from Cause No. 14-0486-C26**
**In the 26th District Court of Williamson County, Texas**

---

**MOTION TO WITHDRAW AND DESIGNATION OF NEW LEAD COUNSEL FOR APPELLEES AADCO IMAGING, LLC AND AADCO MEDICAL, INC.**

Kenneth J. Ferguson
Texas Bar No. 6918100
Email:  KFerguson@gordonrees.com
Bradley B. Bush
Texas Bar. No. 24057787
Email:  bbush@gordonrees.com
Gordon & Rees, LLP
816 Congress Avenue, Suite 1510
Austin, TX  78701
Telephone:   512.391.0197
Facsimile:    512.391.0183

**ATTORNEYS FOR APPELLEES**

**TO THE HONORABLE THIRD COURT OF APPEALS:**

NOW COMES, Appellees AADCO Imaging, LLC and AADCO Medical, Inc. (hereinafter collectively referred to as "Appellees"), and hereby files this Motion to Withdraw and Designation of New Lead Counsel for AADCO Imaging, LLC and AADCO, Medical, Inc.

Appellees move that its counsel of record, Mr. Richard P. Keeton of McGuireWoods LLP, 600 Travis St., Suite 7500, Houston, Texas 77002, be allowed to withdraw as counsel for Appellees. Appellees are also represented by Mr. Kenneth J. Ferguson and Mr. Bradley B. Bush of Gordon & Rees, LLP.

Appellees hereby designate Mr. Kenneth J. Ferguson of Gordon & Rees, LLP as new lead counsel for Appellees. As required by Texas Rule of Appellate Procedure 6.1(c), Appellees provide the following information for Mr. Kenneth J. Ferguson:

> Kenneth J. Ferguson
> Gordon & Rees, LLP
> 816 Congress Avenue, Suite 1510
> Austin, TX 78701
> Telephone: 512.391.0197
> Facsimile: 512.391.0183
> KFerguson@gordonrees.com
> State Bar No. 6918100

Appellees respectfully request that the Court grant this Motion to Withdraw, allowing Mr. Richard P. Keeton of McGuireWoods LLP to withdraw as counsel

for Appellees, and designating Mr. Kenneth J. Ferguson of Gordon & Rees, LLP as new lead counsel for Appellees, and grant any other relief they are entitled.

Respectfully submitted,

**GORDON & REES, L.L.P.**

By: /s/ *Kenneth J. Ferguson*
    Kenneth J. Ferguson
    State Bar No. 6918100
    Email: KFerguson@gordonrees.com
    Bradley B. Bush
    State Bar. No. 24057787
    Email: bbush@gordonrees.com
    816 Congress Avenue, Suite 1510
    Austin, TX 78701
    Telephone: 512.391.0197
    Facsimile: 512.391.0183

    and

By: / s/ *Richard P. Keeton*
    Richard P. Keeton
    State Bar No. 11175000
    Email: rkeeton@mcguirewoods.com
    600 Travis Street, Suite 7500
    Houston, TX 77002-2906
    Telephone: 713.353.6678
    Facsimile: 832.214.9932

    **ATTORNEYS FOR DEFENDANTS
    AADCO IMAGING, LLC and
    AADCO MEDICAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2015, a true and correct copy of the foregoing instrument was electronically filed with the Court causing a copy to be served on the following counsel of record listed below.

Simon W. Hendershot, III
Christy L. Martin
1800 Bering Drive, Suite 600
Houston, Texas 77057
trey@k-hpc.com
cmartin@k-hpc.com

David N. Cole, Esq.
35 South Main Street
Hanover, New Hampshire 03755-2047
dcole@colelaw.com

/s/ *Kenneth J. Ferguson*
Kenneth J. Ferguson